UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CITIFINANCIAL MORTGAGE CO., INC., | ) ) ) | Case No. 1:05CV1536 |
| Plaintiff(s), | ) ) | |
| vs. | ) ) | JUDGMENT ENTRY |
| VICTOR WAYNE NAGY, et al., | ) ) | |
| Defendant(s). | ) | Magistrate Judge Kenneth S. McHargh |

Pursuant to the Court's Order and Decree in Foreclosure filed March 20, 2006, the Court grants plaintiff Citifinancial Mortgage Co., Inc.'s motion for summary judgment.

IT IS SO ORDERED.

                                           *s/Kenneth S. McHargh*
                                           United States Magistrate Judge

DATED:  March 20, 2006